CITY BANK FARMERS TRUST COMPANY, as Trustee under Two Deeds of Trust, Dated August 15, 1919, Made by WILLIAM W. ASTOR, Appellant, *v.* J & J SLATER, INC., Respondent.

Argued March 6, 1952; decided April 17, 1952.

*Elmer J. Hoare* for appellant.

*Edmond B. Butler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.